— Appeal by the defendant from an order of the Supreme Court, Queens County (Braun, J.), dated November 17, 2016, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.
 

 Ordered that the order is affirmed, without costs or disbursements.
 

 The Supreme Court properly denied the defendant’s application for a downward departure from his presumptive designation as a level two sex offender pursuant to the Sex Offender Registration Act (see Correction Law § 168 et seq. [hereinafter SORA]). The defendant failed to identify any mitigating circumstances that are of a kind or to a degree not adequately taken into account by the SORA guidelines (see People v Gillotti, 23 NY3d 841, 861 [2014]; People v Rocano-Quintuna, 149 AD3d 1114, 1115 [2017]; People v Perez, 138 AD3d 1081, 1082 [2016]).
 

 Mastro, J.R, Hall, Austin and Sgroi, JJ., concur.